Patrick Patton
Salish Sea Law Group
1495 158th Place NE
Bellevue, WA 98008
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| JUAN ALBERTO CASTANEDA MIRANDA,<br><br>      Plaintiff,<br><br>vs.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, a U.S. government agency; U.S. FEDERAL BUREAU OF INVESTIGATION, a U.S. government agency; and U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, a U.S. government agency; AGENT AGUIRE, BADGE NO. 7785, an employee for the U.S. federal government; | FILE NO.<br><br>COMPLAINT FOR DAMAGES<br><br>1.  Unreasonable Search and Seizure – Detention and Arrest (42 U.S.C. § 1983)<br>2. Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983)<br>3. Substantive Due Process – (42 U.S.C. § 1983)<br>4. Municipal Liability for Unconstitutional Custom, Practice or |

COMPLAINT - 1

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

AGENT MORELAND,
BADGE NO. 7701, an
employee for the U.S.
federal government; and
UNKNOWN NAMED
AGENTS OF THE U.S.
FEDERAL BUREAU OF
INVESTIGATION, U.S.
DRUG ENFORCEMENT
ADMINISTRATION, U.S.
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS &
EXPLOSIVES 1-10,
inclusive,

Defendants.

Policy (42 U.S.C. §
1983)
5. Municipal Liability –
Failure to Train (42
U.S.C. § 1983)
6. Plausible Claim for
Relief Against
Defendants Under
*Bivens*

***JURY TRIAL DEMANDED***

## I.   INTRODUCTION

1.1   Plaintiff, JUAN ALBERTO CASTANEDA MIRANDA, an unmarried father of a minor child, brings this civil rights action seeking compensatory and punitive damages from Defendants for violating various rights under the United States Constitution and state law against Defendants for their failures to perform mandatory duties and/or for the unconstitutional and/or negligent acts and/or omissions of their officers, officials, agents and/or employees that resulted in the injuries to the Plaintiff and his personal property, related to improper identification and raid of the Plaintiff, his girlfriend at that time, and their apartment and vehicle.

1.2   This tragic series of events occurred on July 17, 2018.

COMPLAINT - 2

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

1.3    Plaintiff suffered bodily injuries during this unlawful and illegal raid; the death of his cat; and the complete destruction of his apartment, its contents and his only personal vehicle.

1.4    Defendants learned during the raid of Plaintiff, his apartment, his vehicle and his then girlfriend that Defendants had the wrong apartment and wrong person for which they were to conduct the raid.

1.5    Defendants failed to properly identify Plaintiff; they conducted an improper search and seizure and arrest; and caused significant harm to the Plaintiff.  This tragedy was a by-product of their abuse of authority.

1.6    Defendants' failure to carry out their required duties and to properly identify Plaintiff caused significant injury and damage to the Plaintiff.

1.7    If Defendants would have simply followed the laws, regulations and/or procedures, this incident and harm could have been avoided.

## II.    JURISDICTION & VENUE

2.1    This Court has jurisdiction over all causes of action asserted against Defendants.

2.2    Plaintiff further brings this cause of action against the United States pursuant to 28 U.S.C.S. § 2679(a); 42 U.S.C. §§ 1983, 1985, 1986,

COMPLAINT - 3

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

1988; Fourth and Fourteenth Amendments of the United States Constitution; and 28 U.S.C. § 2674.  Jurisdiction is founded on 28 U.S.C. §§ 1331, 1343 and 1367.

2.3    This is an action brought under the United States Constitution pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), for the unlawful search and seizure of Plaintiff's home, vehicle and belongings in violation of Plaintiff's Fourth Amendment rights; and racial and ethnic profiling in violation of Plaintiff's Equal Protection and Due Process rights.

2.4    Venue is proper in this Court under 28 U.S.C. § 1391(b), because Defendants reside in, and all incidents, events, and occurrences giving rise to this action occurred in the County of Snohomish, Washington.

### III.    PARTIES

3.1    Plaintiff, JUAN ALBERTO CASTANEDA MIRANDA, is a citizen of Mexico.  He resides in the United States with approved Deferred Action for Childhood Arrivals (DACA).  Plaintiff resides in Everett, Washington.

3.2    Defendant,    U.S.    DRUG    ENFORCEMENT ADMINISTRATION, is a U.S. government agency, with offices in the state of Washington.

COMPLAINT - 4

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

3.3     Defendant, FEDERAL BUREAU OF INVESTIGATION, is a U.S. government agency, with offices in the state of Washington.

3.4     Defendant, U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, is a U.S. government agency, with offices in the state of Washington.

3.5     Defendant, AGENT AGUIRE, BADGE NO. 7785, is an employee for the U.S. federal government.

3.6     Defendant, AGENT MORELAND, BADGE NO. 7701, is an employee for the U.S. federal government.

3.7     Defendants, UNKNOWN NAMED AGENTS OF THE U.S. FEDERAL BUREAU OF INVESTIGATION, U.S. DRUG ENFORCEMENT ADMINISTRATION, U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES 1-10, inclusive, are unknown to Plaintiff, who therefore sue these defendants by such fictious names. Plaintiff will seek leave to amend this Complaint to show the true names and capacities of these defendants when they have been ascertained.  Each of the fictitious named defendants is responsible in some manner for the conduct and liabilities alleged herein.

## IV.     FACTUAL ALLEGATIONS

COMPLAINT - 5

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

4.1     Plaintiff is a citizen and native of Mexico.  He was born on May 25, 1992.

4.2     Plaintiff is the recipient of approved and current Deferred Action for Childhood Arrivals.

4.3     Plaintiff is employed as technician for Comcast.

4.4     Plaintiff is not married.

4.5     Plaintiff has one minor child, a U.S. citizen daughter.

4.6     Other than a couple of speeding tickets, Plaintiff has no criminal history.  He is not and has never been violent nor been seen as a threat to his community.  Plaintiff has not and has never been connected with drug manufacturing, use or sales.

4.7     Plaintiff does not and has never had a license to carry or keep firearms.

4.8     Plaintiff has had no history of violence and no history of drug offenses.

4.9     On July 13, 2018, the U.S. District Court for the Western District of Washington, Seattle, Washington, issued a Search and Seizure Warrant to search the Plaintiff's apartment at Viking Apartments, 6630 202nd Street SW, Lynnwood, Washington 98036.  This warrant specifically

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

COMPLAINT - 6

outlined the purpose for this search and seizure - to locate controlled substances, drug paraphernalia, drug transaction records, etc.

4.10   On July 17, 2018, Defendants in this matter raided and destroyed the Plaintiff's apartment, killing his cat, and causing injuries to Plaintiff.

4.11   On July 17, 2018, Plaintiff and his then girlfriend, Gisela Alarcon Castaneda, were awakened by loud bangs outside of their apartment; still sleeping, they did not realize what was going on until agents blasted into their apartment and they were suddenly approached by full-armored agents, who came into their bedroom, with multiple guns raised and pointed at them, yelling at Plaintiff and his girlfriend.  They were instructed to get out of bed, but neither one had clothing on.  Ms. Castaneda required a female agent to come to the scene to help Ms. Castaneda dress.  Plaintiff pleaded with the agents to look in his wallet to see that they had the wrong apartment and wrong person(s).  These pleas were ignored by all of the government agents during this excessive raid.

4.12   Plaintiff and his girlfriend were handcuffed and taken to the living room, where Plaintiff was told to "confess" about the "drug cartels"; however, Plaintiff was not, is not and has not ever been involved with any type of drug trafficking, so he did not know what the agents were referring

COMPLAINT - 7

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

to and desperately tried to tell agents he did not know anything.  He asked agents to check his identification, so they could see that they were in the wrong apartment, but they refused.

4.13   After Defendants had torn up Plaintiff's apartment and vehicle, nothing was found related to any drug or other illegal activity, by Plaintiff nor his girlfriend, the Defendants handed Plaintiff a packet of documents and told him the Defendants had the wrong individuals and the wrong apartment and to complete the claim forms for reimbursement of damages and settlement for all harm and damage.   Defendants failed to discover and reasonably should have discovered by looking at Plaintiff's identification that they were, in fact, in the wrong residence.

4.14   During the July 17, 2018 raid by Defendants of Plaintiff's apartment and his vehicle, it was determined that Defendants had the incorrect person(s) and incorrect apartment.   Eventually, Defendants arrested and charged the correct defendant(s) they were looking for and these defendants were charged accordingly. *See USA v. Urias, et al.*, Case No. 2:18-CR-00174-RAJ.

4.15   Plaintiff has suffered significant personal injuries, wage loss and property damage from the Defendants wrongful arrest, search and

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

COMPLAINT - 8

seizure and destruction of his personal belongings, and violation of his 4th and 5th Amendment rights.

## V.    FIRST CLAIM FOR RELIEF

**1.    Unreasonable Search And Seizure – Detention And Arrest, U.S.C. § 1983).**

5.1    Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

5.2    Defendants caused Plaintiff to be detained and attempted to arrest Plaintiff in violation of his right to be secure in his person against unreasonable searches and seizures as guaranteed to Plaintiff under the Fourth Amendment of the United States Constitution and applied to state actors by the Fourteenth Amendment.

5.3    As a result of the conduct of the Defendants, they are liable for Plaintiff's injuries because they were integral participants to the violations of Plaintiff's rights.

5.4    The Plaintiff was detained without reasonable suspicion by Defendants, and they attempted to arrest Plaintiff without probable cause.

5.5    The conduct of Defendants was willful, wanton, malicious, and done with reckless disregard for the rights and safety of Plaintiff and,

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

therefore, warrants the imposition of exemplary and punitive damages as to Defendants.

5.6    Accordingly, Defendants are each liable to Plaintiff for compensatory and punitive damages under 42 U.S.C. § 1983.

5.7    Plaintiff also seeks attorney fees under this claim.

## VI.    SECOND CLAIM FOR RELIEF

**2.    Unreasonable Search and Seizure – Excessive Force, 42 U.S.C. § 1983).**

6.1    Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

6.2    Defendants unjustified arrest, search and seizure of his person, place, and things deprived Plaintiff of his right to be secure in his person against unreasonable search and seizure as guaranteed to Plaintiff under the Fourth Amendment to the United States Constitution and applied to state actors by the Fourteenth Amendment.

6.3    The unreasonable use of force by Defendants deprived Plaintiff of his right to be secure in his person against unreasonable searches and seizures as guaranteed to Plaintiff under the Fourth Amendment to the United States Constitution and applied to state actors by the Fourteenth Amendment.

COMPLAINT - 10

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

6.4     As a result, Plaintiff suffered extreme mental and physical pain and suffering, loss of enjoyment of life and eventually suffered loss of visitation with his young daughter, his relationship with girlfriend, and earning capacity.

6.5     The conduct of Defendants was willful, wanton, malicious, and done with reckless disregard for the rights and safety of Plaintiff and, therefore, warrants the imposition of exemplary and punitive damages as to the Defendants.

6.6     Plaintiff brings this claim seeking damages for violation of Plaintiff's rights.

6.7     Plaintiff also seeks attorney fees under this claim.

## VII.   THIRD CLAIM FOR RELIEF

### 3.     Substantive Due Process, 42 U.S.C. § 1983.

7.1     Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

7.2     Plaintiff had a cognizable interest under the Due Process Clause of the Fourteenth Amendment of the United States Constitution to be free from state actions that deprive him of life, liberty, or property in such a manner as to shock the conscience, including, but not limited to, unwarranted state interference in Plaintiff's own home and person.

COMPLAINT - 11

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

7.3     As a result of the excessive forced by Defendants, Plaintiff was thereby deprived of his constitution right to reside peaceably in his home, protect his privacy, to be void of unreasonable search and seizure, protected from excessive use of force by government agents acting in dereliction of their duties and incompetent due diligence in exercising a search and arrest warrant.

7.4     The actions of Defendants, along with other undiscovered conduct, shock the conscience, in that Defendants acted with deliberate indifference to the constitutional rights of Plaintiff with purpose to harm unrelated to any legitimate law enforcement objective related to Plaintiff.

7.5     Defendants, acting under color of state law, thus violated the Fourteenth Amendment rights of Plaintiff.

7.6     As a direct and proximate cause of the acts of Defendants, Plaintiff suffered extreme and severe mental anguish and pain and have been injured in mind and body.

7.7     Plaintiff has also been deprived of the life-long love, companionship, comfort, support, society, care and sustenance with his young daughter, as he has not been allowed to see his daughter since this July 17, 2018, raid by Defendants.

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

7.8     As a result of the conduct of Defendants, the Defendants are liable for Plaintiff's injuries because Defendants were integral participants in the denial of due process.

7.9     The conduct of Defendants was willful, wanton, malicious and done with reckless disregard for the rights and safety of Plaintiff and, therefore, warrants the imposition of exemplary and punitive damages as to each of the Defendants.

7.10    Plaintiff brings this claim seeking damages for violation of his rights.

7.11    Plaintiff also seeks attorney fees under this claim.

## VIII.  FOURTH CLAIM FOR RELIEF

**4.      Federal, City, County and Municipal Liability for Unconstitutional Custom or Policy, 42 U.S.C. § 1983.**

8.1     Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

8.2     On or about July 17, 2018, and continuing to the present date, Defendants deprived Plaintiff of the rights and liberties secured to him by the Fourth and Fourteenth Amendments to the United States Constitution, in that said Defendants and their supervising and managerial employees, agents, and representatives, acting with gross negligence and with reckless

COMPLAINT - 13

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

and deliberate indifference to the rights and liberties of the public in general, and of Plaintiff, and of persons in their class, situation and comparable position in particular, knowingly maintained, enforced and applied an official recognized custom, policy, and practice of:

(a)     Employing and retaining as police officers and other personnel, including all Defendants in this matter, at all times material herein, knew or reasonably should have known, had dangerous propensities for abusing their authority and for mistreating citizens by failing to follow written federal, state and city police department policies,

(b)     Of inadequately supervising, training, controlling, assigning, and disciplining federal agents, police officers and other personnel, who Defendants knew or in the exercise of reasonable care should have known had the aforementioned propensities and character traits,

(c)     By failing to adequately train officers, including all Defendants in this matter, and failing to institute appropriate policies, regarding the use of excessive force,

(d)     By having and maintaining an unconstitutional policy, custom, and practice of using excessive force, including deadly force, which also is demonstrated by inadequate training regarding these subjects.  The policies,

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

COMPLAINT - 14

customs, and practices of Defendants, were done with a deliberate indifference to individuals' safety and right, and

(e)     By reason of the aforementioned policies and practices of Defendants, Plaintiff was severely injured and subjected to pain and suffering, and loss.

8.3     Defendants, together with various other officials, whether named or unnamed, had either actual or constructive knowledge of the deficient policies, practices and customs alleged in the paragraphs above. Despite having knowledge as stated above, the Defendants condoned, tolerated and through actions and inactions thereby ratified such policies. Defendants also acted with deliberate indifference to the foreseeable effects and consequences of these policies with respect to the constitutional rights of Plaintiff and other individuals similarly situated.

8.4     By perpetrating, sanctioning, tolerating and ratifying the outrageous conduct and other wrongful acts, Defendants acted with reckless, and callous disregard for Plaintiff, violating Plaintiff's constitutional rights. Defendants' actions were willful, wanton, oppressive, malicious, fraudulent, and extremely offensive and unconscionable to any person of normal sensibilities.

COMPLAINT - 15

**PATRICK PATTON**
**SALISH SEA LAW GROUP**
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

8.5     Furthermore, the policies, practices, and customs implemented and maintained and still tolerated by Defendants, were affirmatively linked to and were a significant influential force behind the injuries of Plaintiff.

8.6     By reason of the aforementioned acts and omissions of Defendants, Plaintiff suffered extreme and severe mental anguish and pain and have been injured in mind and body, wage loss, love, companionship, affection, comfort, care, society and future support from his girlfriend, and time, love, companionship, affection, comfort, care, society and future support with his minor child daughter.

8.7     Accordingly, Defendants each are liable to Plaintiff for compensatory damages under 42 U.S.C. § 1983.

8.8     Plaintiff brings this claim seeking damages for violation of his rights.

8.9     Plaintiff also seeks attorney fees under this claim.

## IX.    FIFTH CLAIM FOR RELIEF

**5.     Federal, City, County and Municipal Liability – Failure to Train, 42 U.S.C. § 1983.**

9.1     Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

COMPLAINT - 16

9.2     While acting under the color of federal, city, county and municipal law, and within the course and scope of their employment as federal agents, county officers, city officers, and municipal officers of law enforcement, Defendants unlawful arrest, search and seizure, deprived Plaintiff of his rights and liberties secured to him by the Fourth and Fourteenth Amendments, including his right to be free from unreasonable search and seizure.

9.3     The training policies of the Defendant agencies were not adequate to train its agents and officers regarding valid search and seizures and arrests.  As a result, Defendants are not able to handle the usual and recurring situations with which they must deal, including due diligence and provision of accuracy of information for a valid search and arrest warrant, and entering into an individual's home, after securing the premises, making proper identification of those held in Defendants' custody.

9.4     Defendants were deliberately indifferent to the known or obvious consequences of its failure to train its police officers adequately regarding search and seizures and arrests.  This inadequate training includes proper identification of arrestees during a home raid, search and seizure.

COMPLAINT - 17

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

9.5     The failure of Defendants to provide adequate training is so closely related to the deprivation of the Plaintiff's rights as to be the moving force that caused Plaintiff's injuries.

9.6     By failing to provide adequate training to Defendants, it officers, agents, and employees, Defendants acted with an intentional, reckless, and callous disregard for Plaintiff's constitutional rights. Defendants' actions were willful, wanton, oppressive, malicious, fraudulent, and extremely offensive and unconscionable to any person of normal sensibilities.

9.7     By reason of the acts and omissions of the Defendants, Plaintiff was caused to incur property damage, and wage loss.

9.8     By reason of the acts and omissions of the Defendants, Plaintiff has suffered loss of love, companionship, affection, comfort, care, society, and future support from his then girlfriend, Gisela Alarcon Castaneda, and time, love, companionship, affection, comfort, care, society and future support with his minor child daughter.

.       9.9     Accordingly, Defendants are liable to Plaintiff for compensatory damages under 42 U.S.C. § 1983.

9.10    Plaintiff brings this claim seeking damages for violation of his rights.

COMPLAINT - 18

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

9.11   Plaintiff also seeks attorney fees under this claim.

## X.   SIXTH CLAIM FOR RELIEF

**6.   Plaintiff Asserts a Plausible Claim for Relief Against Defendants Under *Bivens*.**

10.1   Plaintiff hereby incorporates by reference each of the allegations set forth in the preceding paragraphs as if realleged fully herein.

10.2   Plaintiff's constitutional rights were violated by Defendants, which give rise to an action for monetary damages pursuant to 28 U.S.C. § 1331.

10.3   Defendants have deprived Plaintiff of rights, privileges, or immunities secured by the Constitution or laws of the United States.

10.4   Plaintiff also seeks attorney fees under this claim.

## XI.   JURY DEMAND

11.1   Plaintiff demands a trial by jury of all issues so triable.

## XII.   CLAIM FOR DAMAGES

12.1   Plaintiff has suffered special damages from the July 17, 2018, raid by Defendants in this matter in the amount of $40,076.60.

12.2   Plaintiff has suffered damages for pain and suffering from this botched raid by Defendants.  These damages are in excess of $5,000,000.00 and will be determined at trial.

COMPLAINT - 19

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

12.3   Punitive damages should be awarded to Plaintiff for Defendants reckless and excessive use of force on Plaintiff, only to find that Defendants had raided to wrong house and the wrong person causing excessive damage to Plaintiff and his personal property and loss of work.

12.4   Plaintiff lost his girlfriend over this botched raid by Defendants.   Defendants killed Plaintiff's cat as a result of this raid. Defendants destroyed all of Plaintiff's personal belongings, including his only vehicle, which allowed him to get back and forth to work.  He had time loss from work.  He was forced to move from his apartment because the apartment and his personal belonging had all been destroyed by Defendants. Plaintiff's name is still not clear from all reporting agencies due to this wrongful and inaccurate raid and arrest of Plaintiff.  Plaintiff is specialized in his employment, which requires at times strict security clearance; this incident has prevented Plaintiff from clearing these security clearances and has prevented him for performing his specialized work duties with sophisticated internet installations for his employer.

12.5   Plaintiff requests that his name be cleared from all records with Defendants and any other reporting agency, so that he will not have this botched and reckless event continue to smear his name legally and socially.

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

COMPLAINT - 20

12.6   As a result of the irrational use of excessive force on Plaintiff, Defendants caused extreme physical, mental and emotional harm to the Plaintiff during this botched drug raid by Defendants.

12.7   The sense of security Plaintiff once felt in the presence of his own home and with law enforcement officers has been irretrievably broken and replaced with understandable fear.  Because Defendants have still not fully removed Plaintiff's name from federal records as having been involved in a drug investigation, Plaintiff is still plagued by this disastrous and violent raid on him, his home, his vehicle, his girlfriend, and his family pet – continuing to cause him harm when, in fact, Defendants had the wrong apartment and wrong person and would not even check Plaintiff's identification before the destruction and harm occurred despite Plaintiff's pleas.

## XIII.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands that this Court award the following:

13.1   Special damages in excess of $40,076.60,

13.2   Punitive damages in excess of $5,000,000.00,

13.3   Costs incurred in this action and reasonable attorney fees,

13.4   Prejudgment and post-judgment interest, and

COMPLAINT - 21

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158ᵗʰ Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

13.5   Such other and further relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 16th day of July 2021.

/s/  Patrick Patton
PATRICK PATTON, WSBA 49159
Salish Sea Law Group
1495 158th Place NE
Bellevue, WA 98008
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED this 16th day of July 2021.

/s/  *Patrick Patton*

PATRICK PATTON, WSBA 49159
Salish Sea Law Group
1495 158th Place NE
Bellevue, WA 98008
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

COMPLAINT - 23

PATRICK PATTON
SALISH SEA LAW GROUP
1495 158th Place NE
Bellevue, WA 98008
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com