THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN ALBERTO CASTANEDA MIRANDA, | CASE NO. C21-0952-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint in this matter on July 16, 2021. The Court later issued an order dismissing all of the defendants in this case for whom Plaintiff has filed an affidavit of service. (*See* Dkt. No. 15.) As far as the Court knows, the remaining defendants in this matter have yet to be served and Plaintiff has not sought an extension of the time limit for service as provided in Federal Rule of Civil Procedure 4(m). Plaintiff is, therefore, ORDERED to show cause why this case should not be dismissed against the remaining defendants for failure to prosecute. Plaintiffs' response is due by Friday, December 17, 2021.

//

MINUTE ORDER
C21-0952-JCC
PAGE - 1

1 | DATED this 7th day of December 2021.

|   | Ravi Subramanian |
|---|---|
|   | Clerk of Court |
|   |   |
|   | s/Sandra Rawski |
|   | Deputy Clerk |