THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN ALBERTO CASTANEDA MIRANDA,

                Plaintiff,

     v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, *et al.*,

                Defendants.

CASE NO. C21-0952-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on Plaintiff's response to the Court's order to show cause (Dkt. No. 17). In response to the Court's order, Plaintiff asks the Court to issue a *Valentin* order or, in the alternative, stay the case for an additional three months to allow Plaintiff an opportunity to exhaust efforts to identify the remaining defendants. (*Id.* at 4.) Accordingly, the Court ORDERS the matter stayed until March 25, 2022. If Plaintiff is unable to identify the remaining defendants by that time, he may renew his motion for a *Valentin* order.

//

//

//

MINUTE ORDER
C21-0952-JCC
PAGE - 1

1     DATED this 20th day of December 2021.

2                                              Ravi Subramanian
                                               Clerk of Court
3

4                                              s/Sandra Rawski
                                               Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26