THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| JUAN ALBERTO CASTANEDA MIRANDA,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, *et al.*,<br><br>                    Defendants. | CASE NO. C21-0952-JCC<br><br>ORDER |

16      This matter comes before the Court on Plaintiff's unopposed motion for voluntary

17 dismissal (Dkt. No. 19). The Court hereby DISMISSES this case against the individual named

18 and unnamed agents, (*see* Dkt. No. 15 (dismissing with prejudice the claims against the

19 Defendant Agencies)), without prejudice and without an award of fees or costs pursuant to

20 Federal Rule of Civil Procedure 41(a)(2).

21 //

22 //

23 //

24 //

25 //

26 //

ORDER
C21-0952-JCC
PAGE - 1

1          DATED this 29th day of April 2022.

2

3

4

5

6

7                                                        John C. Coughenour
8                                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C21-0952-JCC
PAGE - 2